**Order filed January 23, 2012**



In The

# Fourteenth Court of Appeals

_____

NO. 14-10-00759-CV
_____

**CONNIE VASQUEZ HARRISON, Appellant**

**V.**

**CLIFFORD LAYNE HARRISON, Appellee**

**On Appeal from the 311th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-68864**

# O R D E R

The clerk's record was filed January 7, 2011. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain correct docket sheet.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before February 01, 2012, containing corrected docket sheet.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM